UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-23035-CIV-GRAHAM/O'SULLIVAN

PHIL TRUCKS, JR., et al.,

    Plaintiffs,

v.

GRAHAM SERVICES, INC.,

    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the Motion to Compel Appearance at Deposition Duces Tecum (DE # 14, 12/11/06).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendant shall file a response to the Motion to Compel Appearance at Deposition Duces Tecum (DE # 14, 12/11/06) on or before January 25, 2007.  The failure to file a response may result in an order that the Motion to Compel Appearance at Deposition Duces Tecum (DE # 14, 12/11/06) be

granted in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 11th day of January, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Graham
All counsel of record

Sent by Chambers to:
Alva Graham, Defendant's Registered Agent
12012 Miramar Parkway
Miramar, Florida 33025