UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-23035-CIV-GRAHAM/O'SULLIVAN

PHIL TRUCKS, JR., et al.,

    Plaintiffs,

v.

GRAHAM SERVICES, INC.,

    Defendant.
_____/

## **ORDER**

THIS MATTER comes before the Court on the Motion to Compel Appearance at Deposition Duces Tecum (DE # 14, 12/11/06). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, on January 11, 2007, the undersigned issued an Order (DE # 16) requiring the defendant to file a response to the Motion to Compel Appearance at Deposition Duces Tecum (DE # 14, 12/11/06). The Order was sent by Chambers to Alva Graham, the defendant's Registered Agent, at 12012 Miramar Parkway, Miramar, Florida 33025, the address for Alva Graham listed under the service list on the Motion to Compel Appearance at Deposition Duces Tecum (DE # 14, 12/11/06). The Order was returned to the undersigned by the Post Office. A yellow sticker on the returned envelope indicates that the forwarding time has expired and provides an address of 12399 Pembroke Road, Pembroke Pines, FL 33025-1723, for Graham Services, Inc. In accordance with the foregoing, it is

ORDERED AND ADJUDGED that the Order issued by the undersigned on January 11, 2007, (DE # 16), is hereby VACATED.  It is further

ORDERED AND ADJUDGED that the plaintiffs shall personally serve Alva Graham with the Motion to Compel Appearance at Deposition Duces Tecum (DE # 14, 12/11/06) **and** this Order on or before February 8, 2007.  It is further

ORDERED AND ADJUDGED that the plaintiff shall notify the Court on or before February 15, 2007, whether Alva Graham has been personally served with the Motion to Compel Appearance at Deposition Duces Tecum (DE # 14, 12/11/06) **and** this Order.  It is further

ORDERED AND ADJUDGED that on or before March 1, 2007, the defendant shall file a response to the plaintiffs' Motion to Compel Appearance at Deposition Duces Tecum (DE # 14, 12/11/06).  The failure to file a response may result in an order granting the Motion to Compel Appearance at Deposition Duces Tecum (DE # 14, 12/11/06) in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 25th day of January, 2007.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Graham
All counsel of record

Sent by Chambers to:
Alva Graham, Registered Agent for Graham Services, Inc.
12399 Pembroke Road
Pembroke Pines, FL 33025-1723